UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEZIA HERNANDEZ,<br><br>Defendant. | CASE NO.:   20CR3503-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for December 11, 2020 at 1:30 p.m., be continued to January 15, 2021 at 1:30 p.m. It is further ordered that, to enable the ongoing discussions between the parties, the time between December 11, 2020 and January 15, 2021 is excluded under the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated:  December 7, 2020

Hon. Janis L. Sammartino
United States District Judge